# LAKEFIELD COOPERATIVE UNION v. FIRST NATIONAL BANK OF WINDOM.[1]

April 16, 1948.

No. 34,554.

*Nels Quevli,* for appellant.
*Finstad & Ruenitz,* for respondent.

MAGNEY, JUSTICE.

The question raised in this case was considered and determined in Quevli v. First Nat. Bank of Windom (No. 34,552), 226 Minn. 102, 32 N. W. (2d) 146, filed herewith.

Appeal dismissed.

MR. JUSTICE PETERSON took no part in the consideration or decision of this case.

---

[1]Reported in 32 N. W. (2d) 147.